**UNITED STATES of America,
Appellee,**

v.

**Heron VELEZ–PAZ, Appellant.**

**No. 07–2987.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 24, 2009.

Filed: April 29, 2009.

Clifford D. Wendel, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Rodney J. Ryan, Rodney J. Ryan, P.C., Des Moines, IA, for Appellant.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

After Heron Velez–Paz pleaded guilty to illegal reentry after having been deported following an aggravated-felony conviction, in violation of 8 U.S.C. § 1326(a), (b)(2), the district court [1] sentenced him within the advisory Guidelines range to 46 months in prison and 2 years of supervised release. On appeal, his counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For the reasons discussed below, we affirm.

Counsel argues that Velez–Paz's conviction is not supported by sufficient evidence. We conclude that this argument is foreclosed by Velez–Paz's unconditional guilty plea. *See United States v. Jennings,* 12 F.3d 836, 839 (8th Cir.1994).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment.

---

**1.** The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.